1
2
3
4
5
6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| **Belen Acevedo**, | **Case No**. 8:20-cv-00147-JLS-KES |
| --- | --- |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| **Dolphinshire/Greenbrier, LLC**, a Delaware Limited Liability Company; **S.T. Waterfront Café, Inc**., a California Corporation; and Does 1-10, | |
| Defendants. | |

    The Court has reviewed Plaintiff's Notice re: Inability to Consummate Settlement.  (Doc. 21.)  The Court declines to reopen the case at this time.

    On March 2, 2020, the Court vacated all remaining pretrial deadlines upon the Plaintiff's representation in a "Notice of Settlement" that "a global settlement has been reached."  (*See* Docs. 16 & 17.)  In a Stipulation to extend the deadline in which to file a notice of dismissal, the parties represented:  "The parties have finalized the terms of the settlement agreement and have circulated the agreement for signatures, however, the additional time is required to collect the signatures and to comply with the terms of Agreement."  (Doc. 18.)  With the present filing, Plaintiff now merely represents that he merely had a "good faith belief the matter had settled."  (Doc. 21.)  This falls short of the parties' earlier representations to the Court.

Therefore, the Court hereby ORDERS Plaintiff and his counsel to show cause why the Court should not impose sanctions for misrepresenting the status of the settlement to the Court. Written submissions shall be filed no later than seven days from the entry of this Order.

**IT IS SO ORDERED.**

Dated: May 05, 2020

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge